UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | Case No. 19-cv-12564 |

**PLAINTIFFS' MOTION TO SET 30-DAY DEADLINE FOR DEFENDANTS' RESPONSE TO COMPLAINT IN ACCORDANCE WITH FOIA, 5 U.S.C. § 552(A)(4)(C)**

Plaintiffs the American Civil Liberties Union of Massachusetts ("ACLUM") and Lawyers for Civil Rights ("LCR") (collectively, the "Plaintiffs") move to set a thiry-day deadline for Defendants the United States Department of Homeland Security ("DHS") and Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") to respond to Plaintiffs' complaint. In support of this motion, Plaintiffs state as follows:

1. On December 23, 2019, Plaintiffs filed a complaint in this Court under the Freedom of Information Act ("FOIA").[1]

2. Under the Federal Rules of Civil Procedure, United States agencies ordinarily have sixty days to answer a complaint.[2]

---

[1] 5 U.S.C. § 552.
[2] Fed. R. Civ. P. 12(a)(2).

3. However, FOIA sets the deadline for all defendants—without exception—at thirty days.[3]

4. No "good cause" has been shown under FOIA for the Court to alter the thirty day deadline.[4]

THEREFORE, Plaintiffs request that the Court grant this motion setting a thirty day deadline for Defendants' response to the complaint.

Date: December 23, 2019                                    Respectfully Submitted,

/s/ Lauren Godles Milgroom
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Oren Nimni (BBO #691821)
Lawyers for Civil Rights
61 Batterymarch St.
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

---

[3] 5 U.S.C. § 552(a)(4)(C); *American Civil Liberties Union Of Maine Foundation v. U.S. Dep't of Homeland Sec.*, 2:18-cv-00176-JDL, ECF No. 7 (D. Me. May 22, 2018) (resetting answer deadline from 60 days to 30 days pursuant to 5 U.S.C. § 552(a)(4)(C)).

[4] 5 U.S.C. § 552(a)(4)(C).