# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-cv-12564 |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## AFFIDAVIT OF SERVICE

I, Rachel Murphy, hereby state and affirm as follows:

1. I am a paralegal at Block and Leviton LLP, the law firm that represents the Plaintiffs in the above-captioned matter.

2. On December 23, 2019, I served the Summons and Complaint in this action upon the following via certified mail, return receipt requested:

    a. Andrew Lelling, U.S. Attorney for the District of Massachusetts
       1 Courthouse Way, Suite 9200
       Boston, MA 02210

    b. William P. Barr, Attorney General of the United States
       950 Pennsylvania Ave. NW
       Washington, DC 20530

    c. United States Department of Homeland Security
       Office of the General Counsel
       Washington, DC 20528

d.  U.S. Immigration and Customs Enforcement
    500 12th St. SW
    Washington, DC 20536


Signed under the penalties of perjury this 15th day of January, 2020.


_____
Rachel Murphy