**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )   C.A. No. 19-12564-MBB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(d), Plaintiffs, the American Civil Liberties Union of Massachusetts ("ACLUM") and Lawyers for Civil Rights ("LCR") (collectively, the "Plaintiffs"), and Defendants the United States Department of Homeland Security ("DHS") and United States Immigrations and Customs Enforcement ("ICE") (collectively, the "Defendants"), hereby submit the following joint statement:

Plaintiffs instituted this action pursuant to the Freedom of Information Act ("FOIA") to obtain certain records from Defendants concerning 1) the profiling of certain individuals as alleged gang members and the collaboration of Massachusetts state and local law enforcement with DHS in performing such profiling and 2) policies, communications, and other records relating to ICE's Warrant Service Officer program.

## I. Plaintiff's Timetable For Discovery and Motion Practice

### A. Fact Discovery

Plaintiffs and Defendants (the "Parties") do not presently anticipate any need for fact discovery (beyond the production of the requested documents and the production of a *Vaughn* index).

### B. Motion Practice

#### 1. Plaintiffs' Statement

Plaintiffs propose the following schedule:

| Event | Deadline |
|---|---|
| Deadline for amendments to pleadings | March 9, 2020 |
| Deadline for Defendants to produce documents and *Vaughn* index | April 10, 2020 |
| Deadline for Defendants to file their motion for summary judgment | May 11, 2020 |
| Deadline for Plaintiffs to file their opposition and any cross-motion for summary judgment | June 1, 2020 |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment | June 22, 2020 |
| Deadline for Plaintiffs to file reply in support of their motion for summary judgment | July 6, 2020 |

Plaintiffs propose that motions and oppositions shall not exceed twenty (20) pages excluding the separate, Local Rule 56.1 statements of undisputed facts. Any reply memoranda shall be governed by the Local Rules.

## II.    Defendants' Position Regarding Timetable

1. On December 23, 2019, ACLUM and LCR, (collectively, "Plaintiffs") filed a complaint

alleging that DHS and ICE (collectively, "Defendants") had failed to respond to two Freedom of

Information Act ("FOIA") requests that are the subject of this litigation.

2.  The first FOIA request was submitted by the ACLUM and received by ICE on June 21, 2019.

This request sought records concerning how law enforcement officers profile gang members.  On

July 1, 2019 the ICE FOIA Office informed the ACLUM that the FOIA request was too broad in

scope, did not specifically identify the records sought, or was limited to only posing questions to

the agency.  The ICE FOIA Office asked the ACLUM to resubmit the request containing a

reasonable description of the records sought within thirty (30) days from the date of ICE's letter

and that the request would be administratively closed if a reasonable request was not submitted.

The ACLUM did not submit a narrower or more specific request, but, instead, filed an

administrative appeal, July 12, 2019, setting forth its position that the ICE FOIA Office had

improperly denied the request.  On administrative appeal, ICE reviewed the administrative

record and determined that it would undertake a new search or modifications to the existing

search with respect to category number 10 of the FOIA request.  ICE remanded the appeal to the

ICE FOIA Office for processing and re-tasking to the appropriate agency/office(s) to obtain any

responsive documents with respect to category number 10.  The ICE FOIA Office affirmed the

finding that the remaining categories of requested information was inappropriately broad.

3.  The second FOIA request was submitted by ACLUM and LCR and received by ICE on

October 16, 2019.  The request sought records concerning the Warrant Service Officer (WSO)

program.  The ICE FOIA Office tasked the appropriate program offices and collected some

potentially responsive records that are ready for processing.  ICE will begin process up to 500

pages concerning this FOIA request for release to Plaintiffs on or before April 3, 2020.

4. On January 27, 2020 the Defendants filed their Answer to the Complaint.

5.  A proposed litigation schedule is premature at this time because the search for records is

incomplete.  It is essential that the Agency know the number of potentially responsive records

before agreeing to a litigation schedule.  The tasked searches may yield as few as zero potentially

responsive records or as many as hundreds of thousands of potentially responsive records.  The

length of time the Agency will need to process the potentially responsive records depends, in

part, on the universe of responsive records located.  ICE has tasked additional program offices to

search for records that are responsive to Plaintiffs' FOIA requests and ICE will provide a

preliminary page count of the universe of potentially responsive records within the next thirty

days.

5.  In lieu of submitting a proposed litigation schedule, Defendants respectfully request the Court

order the parties to submit monthly joint status reports to the Court providing updates on the

Defendants' progress with respect to the Plaintiffs' FOIA request.

6.  With respect to documents requested of Defendant DHS, the first FOIA request was

forwarded to its Office of Intelligence and Analysis ("I&A") for search and review on June 21,

2019.  Due to a clerical misunderstanding, I&A did not complete the search.  DHS seeks to

complete its search by April 1, 2020 and will propose a timeline for production, if appropriate,

by that date.

## III. Obligations of Counsel to Confer

The Parties certify that they have conferred regarding their obligations under Local Rule

16.1(b).  Plaintiffs served a written settlement proposal on Defendants at least fourteen (14) days

before the date of the scheduling conference.

The Parties have consented to referral to a Magistrate Judge.


Date: March 2, 2020                                              Respectfully Submitted,


                                                                 */s/ Lauren Godles Milgroom*
                                                                 Joel Fleming (BBO# 685285)
                                                                 Lauren Godles Milgroom (BBO# 698743)
                                                                 Block & Leviton LLP
                                                                 260 Franklin St., Suite 1860
                                                                 Boston, MA 02110
                                                                 (617) 398-5600
                                                                 joel@blockesq.com
                                                                 lauren@blockesq.com

                                                                 *Attorneys for Plaintiffs, American Civil
                                                                 Liberties Union Foundation of
                                                                 Massachusetts and Lawyers for Civil Rights*

                                                                 Matthew R. Segal (BBO #654489)
                                                                 Daniel L. McFadden (BBO #676612)
                                                                 American Civil Liberties Union
                                                                 Foundation of Massachusetts, Inc.
                                                                 211 Congress Street
                                                                 Boston, MA 02110
                                                                 (617) 482-3170
                                                                 msegal@aclum.org
                                                                 dmcfadden@aclum.org

                                                                 Oren Nimni (BBO #691821)
                                                                 Lawyers for Civil Rights
                                                                 61 Batterymarch St.
                                                                 Boston, MA 02110
                                                                 (617) 988-0606
                                                                 onimni@lawyersforcivilrights.org

                                                                 ANDREW E. LELLING
                                                                 United States Attorney

/s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
Moakley United States Courthouse
Suite 9200
One Courthouse Way
Boston, Massachusetts 02210
(617)748-3266
Anita.johnson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on this second day of March, 2020.


/s/ Lauren Godles Milgroom