UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | C.A. No. 19-12564-MBB |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs the American Civil Liberties Union of Massachusetts ("ACLUM") and Lawyers for Civil Rights ("LCR") (collectively, the "Plaintiffs"), hereby submit the following status update in advance of the status conference scheduled for June 10, 2020. The parties have met and conferred pursuant to the Court's order, D. 21.

Plaintiffs have not received any additional documents since the last hearing, and Defendants have either (1) refused to commit to deadlines or (2) failed to comply with self-imposed deadlines, including:

| Category | Deadline | Status |
|---|---|---|
| **Completion of Search** for documents responsive to Gang Profiling Request | April 1,[1] extended to April 15[2] | Still outstanding |
| **Document and page counts** for number of documents responsive to Gang Profiling Request | April 30[3] | Still outstanding |
| **Initial Production** of documents responsive to Gang Profiling Request | May 30[4] | Still outstanding |
| Production of **Policy Directives** responsive to subpart #10 of Gang Profiling Request | "Soon" as of April 10[5] | Still outstanding |
| Firm **deadline** for completion of production of documents responsive to Gang Profiling Request | N/A | Still outstanding |
| Firm **deadline** for completion of production of documents responsive to WSO Request | N/A | Still outstanding |

Because Defendants' own deadlines have not been effective to ensure Plaintiffs receive the requested documents in a timely manner, Plaintiffs request that the Court set firm deadlines for production for both the WSO Request and the Gang Profiling Request.

WSO Request: Defendants report that there are 181 documents totaling 829 pages remaining. Plaintiffs propose that Defendants produce all responsive, non-exempt documents to Plaintiffs by **July 15, 2020**, and produce an accompanying *Vaughn* index by **August 1, 2020**.

---

[1] D. 13 at 4.
[2] D. 17 at 3.
[3] *Id.*
[4] *Id.*
[5] Oral representation by counsel for Defendants at 4/10/2020 status conference.

Gang Profiling Request: Plaintiffs sent the Gang Profiling Request in June 2019 – a full year ago – and have yet to receive any responsive documents. Plaintiffs propose that Defendants provide document and page counts for responsive documents by **June 12, 2020**. After providing these document and page counts, both Plaintiffs and Defendants should submit supplemental status updates to the court regarding a proposed schedule for completing the production. Plaintiffs further propose that Defendants respond to the following discrete categories of requests by **July 15, 2020**: #4 (East Boston High School documents), #7 (Operation Matador), and #10 (policy directives).

Date: June 5, 2020

Respectfully Submitted,

*/s/ Lauren Godles Milgroom*
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*

Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Oren Nimni (BBO #691821)
Lawyers for Civil Rights
61 Batterymarch St.
Boston, MA 02110
(617) 988-0606

onimni@lawyersforcivilrights.org

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on June 5, 2020.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom