UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | C.A. No. 19-12564-MBB |

**PLAINTIFFS' SUBMISSION OF PROPOSED ORDER**

Having had initial communications with the government about the outcome of yesterday's status conference, Plaintiffs respectfully suggest that a written order memorializing the Court's oral rulings would be of assistance to all the parties.

Plaintiffs have prepared a proposed order memorializing their understanding of the Court's rulings. The proposed order is attached for the Court's consideration as Exhibit A.

Plaintiffs also note that they continue to be puzzled by the Defendants' delay in producing records responsive to WSO subparts 3 and 4, which seek, in summary, records concerning the implementation of the WSO program in Massachusetts and records of communications with Massachusetts officials about the WSO program. According to information provided by Defendants to date, the WSO program has not yet been implemented in Massachusetts.[1]

---

[1] https://www.ice.gov/287g#signedMOA.

Accordingly, it is unclear how the responsive records could be "law enforcement sensitive," as Defendants contended at the hearing.

Date: July 1, 2020

Respectfully Submitted,

<u>/s/ Lauren Godles Milgroom</u>
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*

Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Oren Nimni (BBO #691821)
Lawyers for Civil Rights
61 Batterymarch St.
Boston, MA 02110
(617) 988-0606
onimni@lawyersforcivilrights.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on July 1, 2020.

                                                          */s/ Lauren Godles Milgroom*
                                                          Lauren Godles Milgroom