# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | C.A. No. 19-12564-MBB |

## **[PROPOSED] ORDER**

As stated at the June 30, 2020 status conference, it is hereby ORDERED that:

1. Defendants shall complete their production in response to subparts 1, 2, and 5 of the WSO Request no later than July 31, 2020. Defendants shall produce a Vaughn Index for these subparts no later than August 17, 2020.

2. To assist the parties in conferring about whether any requests should be narrowed, Defendants shall serve the Plaintiffs with a document stating the number of pages responsive to WSO Request subparts 3 and 4, and to each subpart of the Gang Profiling Request, no later than July 31, 2020. The figures shall be provided for each subpart separately, not in the aggregate.

3. The Court will separately notice a further status on conference to be held on August 5, 2020.

2

Date: _____  _____
THE HONORABLE MARIANNE BOWLER
MAGISTRATE JUDGE, U.S. DISTRICT COURT,
DISTRICT OF MASSACHUSETTS