# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 19-12564-MBB |
| v. | ) ) ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

Since the last status conference, ICE has made two productions to Plaintiffs. For the first production, dated February 26, 2021, ICE reviewed 759 pages of records and deemed 732 pages to be responsive. ICE released one page in full, withheld 31 pages in full, and withheld in part 700 pages pursuant to FOIA Exemptions 5, 6, 7(A), 7(C), 7(E) and 7(F). For the second production, dated March 31, 2021, ICE reviewed 750 pages of records and deemed 745 pages to be responsive. ICE released two pages in full, withheld nine pages in full, and withheld in part 734 pages pursuant to FOIA Exemptions 5, 6, 7(A), 7(C), 7(E) and 7(F). ICE is not yet certain how many pages remain to be reviewed but intends to continue reviewing 750 pages per month and making rolling productions to Plaintiffs. The parties are continuing to meet and confer in good faith about the most efficient way forward for the remainder of the production.

**Plaintiffs' Position**

This case has been pending since December 2019. In December 2020, Defendants estimated that it would take more than 17 additional months to complete the production at their current pace of review (750 pages per month). To speed up the process, Plaintiffs proposed that Defendants review 750 *documents* per month or commit to a date certain for completion. At the last status conference, the Court ordered Defendants to re-start monthly, rolling productions, beginning in February, and set a further status conference for April 5, so that the parties could report to the Court with the benefit of having seen two productions responsive to the Gang Profiling Request.

Having reviewed the productions, Plaintiffs would like to raise the following concerns for discussion at the status conference:

1) The pages in the productions are approximately 90-95% redacted, such that the documents are nearly unreadable. Plaintiffs anticipate litigation over the scope of the redactions, such that it may not be efficient for ICE to continue reviewing and producing hundreds of completely or almost-completely-redacted pages to Plaintiffs each month.

2) Plaintiffs are open to and envision several potential solutions, including a) briefing partial summary judgment on one or more parts of the Gang Profiling Request to establish the parameters of what may be redacted under FOIA, or b) setting a deadline to complete the production by the end of August 2021 and scheduling summary judgment briefing for shortly thereafter.

Date: April 2, 2021　　　　　　　　　　　Respectfully Submitted,

*/s/ Lauren Godles Milgroom*
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*

Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

Erin Fowler (BBO #707188)
Lawyers for Civil Rights
61 Batterymarch St.
Boston, MA 02110
(617) 482-1145
efowler@lawyersforcivilrights.org

/s/ Jason Weida
Jason Weida
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 9200
Boston, MA 02210
(617) 748-3266
Jason.Weida@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on April 2, 2021.

                                                */s/ Lauren Godles Milgroom*
                                                Lauren Godles Milgroom