# Exhibit 1

**From:** (b)(6); (b)(7)(C)
**Sent:** (b)(6); (b)(7)(C) 15:45:24 -0500
**To:** (b)(6); (b)(7)(C)
**Subject:** Re: BPD Report

Got it
Will check it out

Sent from my iPhone

On (b)(6); (b)(7)(C), at 3:44 PM, (b)(6); (b)(7)(C) wrote:

> Hi (b)(6); (b)(7)(C)
>
> Could you get me the report for (b)(6); (b)(7)(C) whenever you can. No rush.  Thanks!