# Exhibit 2

**From:** (b)(6); (b)(7)(C)
**Sent:** (b)(6); (b)(7)(C) 09:41:12 -0600
**To:** (b)(6); (b)(7)(C)
**Subject:** Re: BPD Reports

No problem

Sent from my iPhone

On (b)(6); (b)(7)(C); (b)(7)(E), at 10:38 AM, (b)(6); (b)(7)(C) wrote:

> (b)(6); (b)(7)(C)
>
> Can you get me the police reports related to the following person?  I need them ASAP thanks!
>
> (b)(6); (b)(7)(C); (b)(7)(E)
>
> (b)(6); (b)(7)(C)
> Deportation Officer
> Criminal Alien Program | South Team
> ICE | Enforcement & Removal Operations
> Boston Field Office
> (b)(6); (b)(7)(C)
> <image001.jpg>

**Warning:** This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.