UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | C.A. No. 19-12564-MBB |

**JOINT [PROPOSED] ORDER IMPLEMENTING THE COURT'S SCHEDULE AS ORDERED AT STATUS CONFERENCE ON JUNE 3, 2021**

| Event | Deadline |
|---|---|
| Deadline for Defendants to complete document production | **March 15, 2022** |
| Deadline for Defendants to file their motion for summary judgment | **June 17, 2022** |
| Deadline for Plaintiffs to file their opposition and any cross-motion for summary judgment | **July 8, 2022** |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment and reply in support of their motion for summary judgment | **July 29, 2022** |
| Deadline for Plaintiffs to file reply in support of their motion for summary judgment | **August 12, 2022** |

SO ORDERED.

Date: _____                                        _____
                                                                                                  Hon. Marianne B. Bowler

2

Date: June 8, 2021                                       Respectfully Submitted,


                                                         */s/ Lauren Godles Milgroom*
                                                         Joel Fleming (BBO# 685285)
                                                         Lauren Godles Milgroom (BBO# 698743)
                                                         Block & Leviton LLP
                                                         260 Franklin St., Suite 1860
                                                         Boston, MA 02110
                                                         (617) 398-5600
                                                         joel@blockesq.com
                                                         lauren@blockesq.com

                                                         *Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*


                                                         */s/ Jason Weida*
                                                         Jason Weida
                                                         Assistant United States Attorney
                                                         United States Attorney's Office
                                                         John Joseph Moakley U.S. Courthouse
                                                         One Courthouse Way – Suite 9200
                                                         Boston, MA 02210
                                                         (617) 748-3266
                                                         Jason.Weida@usdoj.gov

                                                         *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on June 8, 2021.

                                          */s/ Lauren Godles Milgroom*
                                          Lauren Godles Milgroom