UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | C.A. No. 19-12564-MBB |

## PLAINTIFFS' STATUS REPORT

At the prior status conference on June 3, 2021, the Court ruled on a schedule for summary judgment and requested that the parties submit a joint, proposed order reflecting that schedule. The parties did so on June 8, 2021. Dkt. 63. The schedule is as follows:

| Event | Deadline |
|---|---|
| Deadline for Defendants to complete document production | **March 15, 2022** |
| Deadline for Defendants to file their motion for summary judgment | **June 17, 2022** |
| Deadline for Plaintiffs to file their opposition and any cross-motion for summary judgment | **July 8, 2022** |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment and reply in support of their motion for summary judgment | **July 29, 2022** |
| Deadline for Plaintiffs to file reply in support of their motion for summary judgment | **August 12, 2022** |

The parties have since met and conferred, and Plaintiffs are unaware of any issues that would prevent Defendants from complying with this schedule.

Since the last status conference, ICE has made two productions to Plaintiffs. For the first production, dated June 29, 2021, ICE reviewed 1,088 pages of records and deemed 250 pages to be non-responsive or duplicative and sent 39 pages to another agency for further review. ICE withheld 743 pages, in part or in full, pursuant to FOIA Exemptions 5, 6, 7(A), 7(C), 7(E) and 7(F). For the second production, dated July 30, 2021, ICE reviewed 1,109 pages of records and deemed 42 pages to be non-responsive or duplicative and sent 1 page to another agency for review. ICE withheld, in part or in full, 1043 pages pursuant to FOIA Exemptions 3, 5, 6, 7(A), 7(C), 7(E) and 7(F).

Date: August 3, 2021

Respectfully Submitted,

*/s/ Lauren Godles Milgroom*
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*

Matthew R. Segal (BBO #654489)
Daniel L. McFadden (BBO #676612)
American Civil Liberties Union
Foundation of Massachusetts, Inc.
211 Congress Street
Boston, MA 02110
(617) 482-3170
msegal@aclum.org
dmcfadden@aclum.org

                                Iván Espinoza-Madrigal
                                Lawyers for Civil Rights
                                61 Batterymarch St.
                                Boston, MA 02110
                                (617) 988-0624
                                iespinoza@lawyersforcivilrights.org

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on August 3, 2021.

                                                     */s/ Lauren Godles Milgroom*
                                                     Lauren Godles Milgroom