UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | C.A. No. 19-12564-MBB |

### JOINT STATUS REPORT

The government completed its production on March 15, 2021. The parties are in the process of meeting and conferring and believe that we can significantly narrow the scope of the issues on summary judgment. The parties request a modest extension of the current summary judgment briefing schedule to do so. A proposed order outlining the prior and amended, proposed deadlines is attached as **Exhibit A.**

Date: April 4, 2021                                    Respectfully Submitted,


                                                       */s/ Lauren Godles Milgroom*
                                                       Joel Fleming (BBO# 685285)
                                                       Lauren Godles Milgroom (BBO# 698743)
                                                       Block & Leviton LLP
                                                       260 Franklin St., Suite 1860
                                                       Boston, MA 02110
                                                       (617) 398-5600
                                                       joel@blockesq.com
                                                       lauren@blockesq.com

                                                       *Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*


                                                       */s/ Thomas E. Kanwit*
                                                       Thomas E. Kanwit
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       John Joseph Moakley U.S. Courthouse
                                                       One Courthouse Way – Suite 9200
                                                       Boston, MA 02210
                                                       (617) 748-3271
                                                       TKanwit@usdoj.gov

                                                       *Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on April 4, 2021.

                                         */s/ Lauren Godles Milgroom*
                                         Lauren Godles Milgroom