UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | C.A. No. 19-12564-MBB |

**JOINT CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE**

On April 5, 2022, the Court requested that the parties confer and file a joint statement indicating if they agree to a Magistrate Judge or want to be randomly assigned to a District Judge. Dkt. 72.

The undersigned counsel of record have conferred and consent to have this matter reassigned to a Magistrate Judge.

Date: April 19, 2021                                    Respectfully Submitted,


*/s/ Lauren Godles Milgroom*
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*


*/s/ Thomas E. Kanwit*
Thomas E. Kanwit
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way – Suite 9200
Boston, MA 02210
(617) 748-3271
TKanwit@usdoj.gov

*Attorney for Defendants*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on April 19, 2021.

                                              */s/ Lauren Godles Milgroom*
                                              Lauren Godles Milgroom