UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | C.A. No. 19-12564-JGD |

## JOINT STATUS UPDATE

On March 17, 2023, the Court granted an extension for the parties to continue working towards a resolution ahead of the status conference scheduled for April 27, 2023. Since that time, counsel have been in communication regarding the sole remaining dispute, which pertains to Defendants' redactions of the definitions of "gangs" and "gang members" in the *Criminal Gangs Investigations Handbook* under FOIA Exemption 7(E). *See* Exhibit A. The parties dispute whether these redactions are subject to FOIA Exemption 7(E) and propose to proceed with summary judgment as to that limited issue.

Counsel for Defendants has two trials scheduled in other matters in the upcoming months and accordingly requests a summary judgment deadline of July 28, 2023. Plaintiffs do not oppose this request but are also amenable to an earlier deadline. The parties have agreed to maintain the intervals between prior deadlines, subject to the Court's approval, such that a summary judgment briefing schedule beginning with an initial July 28 deadline would be as follows:

| Event | [Proposed] Deadline |
|---|---|
| Deadline for Defendants to file their opening brief in support of summary judgment | **July 28, 2023** |
| Deadline for Plaintiffs to file their opposition and any cross-motion for summary judgment | **August 18, 2023** |
| Deadline for Defendants to file their opposition to Plaintiffs' motion for summary judgment and reply in support of their motion for summary judgment | **September 8, 2023** |
| Deadline for Plaintiffs to file reply in support of their motion for summary judgment | **September 22, 2023** |

The parties do not believe alternative dispute resolution programs would be helpful at this time.

Date: April 24, 2023

Respectfully Submitted,

/s/ Lauren Godles Milgroom
Joel Fleming (BBO# 685285)
Lauren Godles Milgroom (BBO# 698743)
Block & Leviton LLP
260 Franklin St., Suite 1860
Boston, MA 02110
(617) 398-5600
joel@blockesq.com
lauren@blockesq.com

*Attorneys for Plaintiffs, American Civil Liberties Union Foundation of Massachusetts and Lawyers for Civil Rights*

/s/   Thomas E. Kanwit
Thomas E. Kanwit
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210
(617) 748-3271
Thomas.Kanwit@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel of record, on April 24, 2023.

*/s/ Lauren Godles Milgroom*
Lauren Godles Milgroom
