UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF MASSACHUSETTS and LAWYERS FOR CIVIL RIGHTS,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY and UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>Defendants. | CIVIL ACTION<br>NO. 19-12564-JGD |

## **JUDGMENT**

DEIN, U.S.M.J.

In accordance with this Court's Memorandum of Decision and Order granting Defendants' Motion for Summary Judgment (Docket No. 115), dated December 19, 2023, Judgment is hereby entered for the defendants.

                                                  ROBERT M. FARRELL,
                                                  CLERK OF COURT

                                                  / s / Katherine Thomson
                                                  By:  Deputy Clerk

DATED:  December 19, 2023